■ PAMELA CARLO, Respondent, v HOPE A. DARLING, Appellant. [716 NYS2d 627] —Order unanimously affirmed with costs for reasons stated at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hurlbutt, Scudder and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT COUTTS, Appellant. [715 NYS2d 350] —Judgment unanimously affirmed. Memorandum: Defendant contends that County Court erred in failing to afford him an opportunity to withdraw his plea before imposing a greater sentence than agreed to at the time of the plea. Before sentencing the court learned that defendant was a second felony offender, so the promised sentence of 2 to 4 years' incarceration was not permitted for assault in the second degree, a class D violent felony. The court sentenced defendant to a determinate term of three years on each assault count, the minimum sentence for a second felony offense that is a class D violent felony offense (*see,* Penal Law § 70.06 [6] [c]). Defendant's contention is not preserved for our review and we decline to exercise our power to review it as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]; *People v Luksch,* 265 AD2d 895, *lv denied* 94 NY2d 825). (Appeal from Judgment of Cayuga County Court, Contiguglia, J.—Assault, 2nd Degree.) Present—Pine, J. P., Hayes, Wisner, Kehoe and Lawton, JJ.